UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO.: 1:12-CR-26-TLS |
| | ) | |
| BALDEMAR ROBLES | ) | |

## ORDER ACCEPTING REPORT AND RECOMMENDATIONS

This matter is before the Court on the Defendant's Motion to Withdraw Plea of Guilty [ECF No. 48], filed on August 12, 2013, and the Report and Recommendations of the United States Magistrate Judge [ECF No. 75], filed on December 17, 2013. On August 12, the Defendant, Baldemar Robles, requested to withdraw his plea of guilty due to his "misapprehension as to the sentence he would receive upon a plea of guilty." In his Report and Recommendation [ECF No. 75], Magistrate Judge Roger B. Coseby recommended that the Court deny Roble's motion to withdraw his guilty plea citing that Roble's arguments are misplaced and that he cannot show prejudice.

The Defendant has waived objection to the Report and Recommendation, and the Court, being duly advised, ADOPTS the Report and Recommendation [ECF No. 75] in its entirety and ACCEPTS the recommended disposition. The Motion to Withdraw [ECF No. 48] is DENIED.

SO ORDERED on February 3, 2014.

                                        s/ Theresa L. Springmann
                                        THERESA L. SPRINGMANN
                                        UNITED STATES DISTRICT COURT